**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: 1605 17th Street Flats LLC | Case No. 23-00019-ELG |
| | Chapter 11 |
| Debtor. | |

### NOTICE OF CASE FILING DEFICIENCY

**To Debtor and Debtor's Attorney:**

The above captioned case was filed on 01/16/2023 without all of required document(s), information, and/or fees as forth herein.

**NOTICE IS HEREBY GIVEN that the Debtor and Debtor's attorney must** (i) file the deficient documents indicated below and/or pay the associated fee not later than three (3) days after the issuance of this notice; (ii) timely file a response and attend a hearing to explain why the case should not be dismissed; or (iii) if applicable, timely file a motion for an extension of time. IF YOU DO NOT COMPLY IN A TIMELY MANNER THE COURT MAY DISMISS YOUR CASE WITHOUT FURTHER NEED FOR A HEARING.

- ☐ Debtor's Federal Employer Identification Number (EIN) (Official Form 201)
- ☐ Signature of Attorney on Petition (Official Form 201)
- ☐ Signature of Debtor(s) on Petition (Official Form 201)
- ☐ List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders (Official Form 204)
- ☐ List of Creditors which must include the name, mailing address, and zip code of each creditor included or to be included in Schedules D, E/F, G, and H (via the NextGen CM/ECF or in a format specified by the Clerk of the Court)
- ☐ Debtor's physical street address must be provided in addition to any post office box address (Official Form 101 or 201)
- ☐ A corporate ownership statement containing the information described in Federal Rule of Bankruptcy Procedure 7007.1
- ☐ A certificate, resolution, or other applicable documentation demonstrating that the filing is authorized by the Debtor. (Local Bankruptcy Rule 1007-2)
- ☐ A fee of $_____ is required for this filing. *See* Bankruptcy Court Miscellaneous Fee Schedule
- ☐ Filer is hereby notified payment submitted with the filing was not a permissible form of payment. *See* Local Rule 1006-1(a).
- ☐ Other *(Specify)*:

**NOTICE IS HEREBY GIVEN that the Debtor and/or Debtor's attorney must** by **01/30/2023** (14 days from the petition date): (i) file the deficient documents; (ii) timely file a response and attend a hearing to explain why the case should not be dismissed; or (iii) timely file a motion for an extension of time. IF YOU DO NOT COMPLY IN A TIMELY MANNER THE COURT MAY DISMISS YOUR CASE WITHOUT FURTHER NEED FOR A HEARING.

- ☑ Summary of Assets and Liabilities for Non-Individuals (Form 206Sum)
- ☑ Schedule A/B: Property (Official Form 206A/B)
- ☑ Schedule D: Creditors Who Hold Claims Secured by Property (Official Form 206D )
- ☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F )
- ☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☑ Schedule H: Your Codebtors (Official Form 206H)
- ☑ Declaration Under Penalty of Perjury for Non−Individual Debtors (Official Form 202)
- ☑ Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207)
- ☐ Names and addresses of equity security holders of the debtor. Fed. R. Bankr. P. 1007(a)(3).
- ☑ Local Official Form 102 (Disclosure of Compensation of Attorney for Debtor)

☐    Other *(Specify)*:

**NOTICE IS HEREBY GIVEN that the Debtor and Debtor's attorney must** by           (7 days from the petition date): (i) file the deficient documents; (ii) timely file a response and attend a hearing to explain why the case should not be dismissed; or (iii) timely file a motion for an extension of time. IF YOU DO NOT COMPLY IN A TIMELY MANNER THE COURT MAY DISMISS YOUR CASE WITHOUT FURTHER NEED FOR A HEARING.

☐    The most recent balance sheet or statement pursuant to 11 U.S.C. § 1116(1)(B).
☐    The most recent statement of operations or statement pursuant to 11 U.S.C. § 1116(1)(B).
☐    The most recent balance sheet or statement pursuant to 11 U.S.C. § 1116(1)(B).
☐    The most recent cash-flow statement or statement pursuant to 11 U.S.C. § 1116(1)(B).
☐    The most recent federal income tax return or statement pursuant to 11 U.S.C. § 1116(1)(B).

                                      For the Court:
                                      Angela D. Caesar
                                      BY: ca

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.